Submitted March 31, affirmed May 20, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

PABLO DESANTIAGO-PUENTE,
*Defendant-Appellant.*

Benton County Circuit Court
CM0720358; A136210

209 P3d 357

■

Peter Gartlan, Chief Defender, and Erik Blumenthal, Deputy Public Defender, Appellate Division, Office of Public Defense Services, filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Katherine H. Waldo, Senior Assistant Attorney General, filed the brief for respondent.

Before Wollheim, Presiding Judge, and Brewer, Chief Judge, and Carson, Senior Judge.

PER CURIAM

Affirmed. *State v. Nelson*, 224 Or App 193, 197 P3d 1130 (2008).